# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

LUIS NATAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1298

———————————————————

June 3, 2026

Appeal from the Circuit Court for Hillsborough County; Robin Fuson, Judge.

Blair Allen, Public Defender, and Joe Caimano, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa; and Cerese Crawford Taylor, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.


PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SLEET, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.